# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148644

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                     SC: 148644
                                     COA: 318980
                                     Lenawee CC: 10-014725-FC

DELMAR LEE TOTH,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



                                 Clerk

p0721